**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JESUS A. WAYNE, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-0084 (UNA) |
| ) | |
| MALE COASIAN SUSPECT, ) | |
| ) | |
| Defendant. ) | |

**MEMORANDUM OPINION**

This matter is before the Court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court GRANTS the application and, for the reasons stated below, DISMISSES the complaint and this civil action without prejudice.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than are applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff alleges "Trespassing by Male Coasian Suspect" on January 13, 2025, at what appears to be plaintiff's residence. *See* Compl. at 4. The defendant is not identified by name, and contrary to Local Civil Rule 5.1, plaintiff fails to "provide in the caption the name and full residence address or official address of each defendant," LCvR 5.1(c)(1), although he does supply the make, model and color of the vehicle defendant was driving and a license plate number. Missing, however, are factual allegations describing the alleged trespass or any harm plaintiff may have sustained. Plaintiff demands "No relief . . . No Lawsuit." *Id*.

The complaint is so short on factual allegations that defendant, if he could be identified, does not have fair notice of the claim(s) against him. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8, and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.


DATE: February 18, 2025              /s/
                                     RUDOLPH CONTRERAS
                                     United States District Judge